UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   EVELYN YVETTE MOSLEY

Case No.
15-25994
Chapter 13

_____ Debtor /

## CERTIFICATE OF SERVICE

I certify that a true copy of the Order Granting Debtor's Ex-Parte Motion to Substitute Counsel (DE 46) was served as follows:

**On February 22, 2016, by electronic filing to:**

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**On February 22, 2016 by US first class mail to:**

Blue Marlin Tax LLC
SB Muni Cust for Blue Marlin Tax
P.O. Box 37736
Baltimore, MD 21297-3736

BCA Financial Services Inc.
18001 Old Cutter Rd
Ste 462
Miami, FL 33157-6437

Credit Collection Services
240 Commercial Street
Suite 3A
Boston, MA 02109-1385

Doctors Business Bureau
202 N. Federal Hwy
Lake Worth, FL 33460-3438
DABTLC2 LLC
2909 Shelton Way
Plano, TX 75093

Miami-Dade County Tax Collector
200 N.W. 2 Avenue, Suite 430
Miami, FL 33128-1735

Florida Department of Education
325 West Gaines St
Tallahassee, FL 32399-0400

JPL Investment Corporation
Attn: Ivan Castaneda/Ocean Bank
780 NW 42 Avenue Suite 411
Miami, FL 33126-5536

Wells Fargo Bank OBO Tax Liens Securitization Trust 2010-1 R2
PO Box 399
Morristown, NJ 07963-0399

Markowitz, Ringel, Trusty & Hartog, PA
9130 S. Dadeland Blvd., Ste. 1800
Miami, FL 33156-7858

Performant Recovery Inc
P.O. Box 9057
Pleasanton, CA 94566-9057

United Insurance Company of America
c/o CT Corporation System
120 South Central Avenue
St. Louis, MO 63105-1705

Respectfully submitted,

By  /s/ *Nicole Giuliano*
Nicole Giuliano, Esq.
Florida Bar No.: 71067
Giuliano Law, P.A.
500 E. Broward Blvd., Suite 1710
Ft. Lauderdale, Fl 33394
Telephone: (954) 848-2940
nicole@giulianolaw.com

*as of counsel to*
LEGAL SERVICES OF GREATER MIAMI, INC.
3000 Biscayne Blvd., Suite 500
Miami, Fl 33137
Telephone: (305) 438-2447
Primary Email: ngiuliano@legalservicesmiami.org
Secondary Email: crodriguez@legalservicesmiami.org