United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 15-25994-RAM
Evelyn Yvette Mosley                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: skinner-g           Page 1 of 1              Date Rcvd: Feb 25, 2016
                              Form ID: CGFD80           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db              Evelyn Yvette Mosley,    321 NW 47 Street,   Miami, FL 33127-2448
93198229        Blue Marlin Tax LLC,   SB Muni Cust for Blue Marlin Tax,   P.O. Box 37736,
                 Baltimore, MD 21297-3736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
              Nicole W Giuliano, Esq.   on behalf of Debtor Evelyn Yvette Mosley nicole@giulianolaw.com,
               service@giulianolaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 3

CGFD80 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–25994–RAM

Chapter: 13

**In re:**

Evelyn Yvette Mosley
321 NW 47 Street
Miami, FL 33127–2448

SSN: xxx–xx–3094

# NOTICE OF CLAIM FILED BY DEBTOR/TRUSTEE

**To:**   Blue Marlin Tax LLC
         POB 37736
         Baltimore, MD 21297–3736

**Notice is given pursuant to Bankruptcy Rule 3004** that the Debtor filed a claim on your behalf in this case on 2/23/2016, in the amount of $ 1569.90, in the name of Blue Marlin Tax LLC, and classified as secured. The filing of a claim by you, pursuant to Bankruptcy Rules 3002(c) or 3003(c) (whichever is applicable), shall supersede the proof of claim filed by the Debtor. **January 14, 2016** is/was the deadline set for filing claims in this case.

Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
301 North Miami Avenue, Room 150
Miami, FL 33128

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated:** 2/25/16                              **CLERK OF COURT**
                                                 By: Sheila Skinner–Grant
                                                 Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on the debtor, creditor, and trustee (if applicable).