UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: EVELYN IVETTE MOSLEY

Case No. 15-25994-RAM
Chapter 13

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ✔

Please print the following information:

NAME: BLUE MARLIN TAX, LLC

OLD MAILING ADDRESS: PO BOX 37736
BALTIMORE, MD 21297

NEW MAILING ADDRESS: 200 South Park Rd Ste 425
Hollywood, FL 33021

DATED: 4/10/2018

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 954-963-7120

**All future notices shall be sent to the new mailing address**

(6/1/11)